IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,　　　　　　　　No. CIV S-05-0441 GEB PAN P

  vs.

EVERT, et al.,

    Defendants.　　　　　　　ORDER

_____/

      Plaintiff has requested an extension of time to submit the documents for service pursuant to the court's order of August 25, 2006. Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's September 25, 2006 motion for an extension of time is granted; and

      2. Plaintiff is granted thirty days from the date of this order in which to submit the necessary documents for service.

DATED: September 28, 2006.

                      /s/ John F. Moulds
                      UNITED STATES MAGISTRATE JUDGE

14/mp
mcne0441.36