IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **VERNON WAYNE MCNEAL,** | CIV S-05-0441 GEB EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| **EVERT, et al.,** | |
| Defendants. | |

Good cause appearing, defendants (including Defendant J. Rohlfing who is not represented by the Office of the California Attorney General) are granted a 30-day extension of time to respond to plaintiff's complaint. Defendants' response to plaintiff's complaint shall be due on or before Wednesday, February 14, 2007.

Dated: January 18, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1