IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                       No. CIV S-05-0441 GEB EFB P

    vs.

EVERT, et al.,

    Defendants.                  <u>ORDER</u>

_____/

       Plaintiff is a prisoner proceeding *in forma pauperis* and without counsel in a civil rights action.

       The United States Marshal has returned process directed to defendant M. Bitle unserved with the notation "no M. Bitle at High Desert State Prison." Plaintiff must provide new information about where this defendant may be served with process. Plaintiff may seek such information through discovery, the California Public Records Act, California Government Code §§ 6250, *et seq.*, or any other means available but must proceed with haste because Fed. R. Civ. P. 4(m) requires an action be dismissed as to a defendant not served within 120 days after filing the complaint unless the time is enlarged based upon a demonstration of good cause. If plaintiff's access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

1

Accordingly, it is ORDERED that:

1. The Clerk of the Court shall mail plaintiff 1USM-285 form and a copy of the amended complaint filed May 9, 2005.

2. Within 90 days from the date this order is served, plaintiff may submit the attached Notice of Submission of Documents with a completed form USM-285 providing instructions for service of process upon defendant M. Bitle and 2 copies of the May 9, 2005 amended complaint provided to plaintiff.

3. Failure to provide new instructions for service of process upon defendant M. Bitle within the time allowed or show good cause for such failure will result in a recommendation that this action be dismissed as to that defendant.

Dated: April 9, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

      Plaintiff,                No. CIV S-05-0441 GEB EFB P

     vs.

EVERT, et al.,,

      Defendants.      <u>NOTICE OF SUBMISSION</u>

                             /      <u>OF DOCUMENTS</u>

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____.

      One     completed summons

      ___     completed USM-285 forms

      ___     copies of the _____
                          Complaint/Amended Complaint

DATED:

                                      _____
                                      Plaintiff