IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **VERNON WAYNE MCNEAL,** | 2:05-CV-0441 GEB EFB P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S DISCOVERY REQUESTS** |
| v. | |
| **EVERT, et al.,** | |
| Defendants. | |

Defendants Leckie, Ervin, Hooven, Ginder, Chatham, Barton, McCoy, Chenoweth and Van Leer filed a first request for an extension of time to file their responsive pleading. Good cause appearing, defendants are granted an additional thirty days, to and including Friday, August 17, 2007, to file their responsive pleading.

**IT IS SO ORDERED.**

Dated:  July 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1