1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12   **VERNON WAYNE MCNEAL,**              No. 2:05-cv-0441-GEB-EFB (PC)

13                     Plaintiff,          **ORDER GRANTING DEFENDANTS'
                                           SECOND  REQUEST FOR EXTENSION
14              **v.**                     OF TIME TO RESPOND TO
                                           PLAINTIFF'S DISCOVERY REQUESTS**
15   **EVERT, et al.,**

16                     Defendants.

17

18        Defendants Leckie, Ervin, Hooven, Ginder, Chatham, Barton, McCoy, Chenoweth and

19   Van Leer filed a second request for an extension of time to respond to plaintiff's discovery

20   requests.  Good cause appearing, defendants are granted an additional thirty-one days, to and

21   including Monday, September 17, 2007, to file their discovery responses.

22        **IT IS SO ORDERED.**

23   Dated:  August 22, 2007.

24

          EDMUND F. BRENNAN
25        UNITED STATES MAGISTRATE JUDGE

26

27

28