IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

      Plaintiff,                            No. CIV S-05-0441 GEB EFB P

      vs.

EVERT, et al.,

      Defendants.             <u>ORDER</u>

          /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendants Leckie, Ervin, Hooven, Ginder, Chatham, Barton, McCoy, Chenoweth, and Van Leer have requested a third extension of time within which to file responses to plaintiff's discovery requests. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, defendants' September 17, 2007, request is granted and defendants have 20 days from the date this order is served to file and serve responses to plaintiff's discovery requests. The court does not intend to grant additional requests for extensions of time.

      So ordered.

Dated: September 28, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE