IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE McNEAL,

      Plaintiff,                      No. CIV S-05-0441 GEB EFB P

   vs.

EVERT, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. By order filed October 12, 2007, the court granted plaintiff an extension of time within which to submit documents for service of process on defendants Bitle and Evert. On October 24, 2007, plaintiff filed a motion for an extension of time within which to respond to defendants' discovery responses, stating that nothing is missing from the discovery responses but the copies are difficult to read. Good cause appearing, the court will grant plaintiff's request for an extension of time. The court does not intend to grant further requests for extensions of time.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiff's request for an extension of time is granted, and plaintiff has 30 days from the date this order is served within which to submit the Notice of Submissions of Documents with 2 completed USM-285 forms providing instructions for service of process upon defendants

1

1  Bitle and Evert and three copies of the pleading provided to plaintiff with the court's October 12,
2  2007, order.
3     2.  Failure to provide new instructions for service of process upon defendants Bitle and
4  Evert within the time allowed or show good cause for such failure will result in this court's
5  September 24, 2007, findings and recommendations being submitted to the district judge.
6  Dated:  October 25, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE