1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VERNON WAYNE McNEAL,

11               Plaintiff,                    No. CIV S-05-0441 GEB EFB P

12         vs.

13   EVERT, et al.,

14               Defendants.              <u>ORDER</u>

15   _____/

16         Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations.

17   *See* 42 U.S.C. § 1983.  On September 24, 2007, defendants requested a modification of the

18   scheduling order *nunc pro tunc*, to and including October 24, 2007, for the purpose of deposing

19   plaintiff.  On November 5, 2007, plaintiff filed a request for an extension of time in which to file

20   pretrial motions.

21         In light of the district judge's September 27, 2007, order granting defendant Rohlfing's

22   motion to dismiss, IT IS HEREBY ORDERED that:

23         1.    Defendants' September 24, 2007, motion to modify the scheduling order is denied

24   as moot;

25         2.    Plaintiff's November 5, 2007, motion to extend the deadline by which to file

26   dispositive motions is denied as moot;

1

2     3.     The April 10, 2007, schedule is reset as follows:

3          A.     The parties may conduct discovery until February 8, 2008.  Any motions

4   necessary to compel discovery shall be filed by that date.  All requests for discovery pursuant to

5   Fed. R. Civ. P. 31, 33, 34, or 36 shall be served not later than 60 days before that date.

6          B.     All pretrial motions, except motions to compel discovery, shall be filed on

7   or before May 8, 2008.  Motions shall be briefed in accordance with paragraph 7 of the order

8   filed November 15, 2006.

9          C.     The court will schedule pretrial proceedings, if necessary, upon the

10  resolution of any pretrial motions filed.  Requests to modify this schedule will be looked upon

11  with disfavor and must be supported by good cause pursuant to Fed. R. Civ. P. 16(b).

12  Dated:  November 13, 2007.

13

14                    EDMUND F. BRENNAN
                      UNITED STATES MAGISTRATE JUDGE
15

16

17

18

19

20

21

22

23

24

25

26