IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE McNEAL,

      Plaintiff,                     No. CIV S-05-0441 GEB EFB P

      vs.

EVERT, et al.,

      Defendants.           <u>ORDER</u>

_____/

     Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

     On November 26, 2007, and November 29, 2007, plaintiff filed requests for leave of court to file additional interrogatories. According to the November 14, 2007, scheduling order, served on all parties including plaintiff, the parties were free to conduct discovery until February 8, 2008. Accordingly, plaintiff's requests were unnecessary and will be disregarded.

     So ordered.

Dated: April 9, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE