1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10   VERNON WAYNE MCNEAL

11            Plaintiff,                     No. CIV S-05-0441 GEB EFB P

12        vs.

13   EVERT, et al.,

14            Defendants.            <u>ORDER</u>

15   _____/

16        Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42

17   U.S.C. § 1983.  Plaintiff, who is being transferred to another prison, has requested a third

18   extension of time to file and serve an opposition to defendant's motion for summary judgment.

19   *See* Fed. R. Civ. P. 6(b).

20        Given that plaintiff has several pending discovery motions, and the court's order on such

21   motions may impact the nature and content of plaintiff's opposition to defendant's motion for

22   summary judgment, the court will defer ruling on plaintiff's instant request for an extension of

23   time.  When the court issues its order regarding plaintiff's pending discovery motions, the court

24   /////

25   ////

26   ////

1

1   will include a further briefing schedule advising plaintiff as to when he must file an opposition to

2   defendant's motion for summary judgment.

3        So ordered.

4   Dated:  September 5, 2008.

5                                         _____

                                          EDMUND F. BRENNAN

6                                         UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26