IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

    Plaintiff,                    No. CIV S-05-0441 GEB EFB P

    vs.

EVERT, et al.,

    Defendants.          <u>ORDER</u>

                           /

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' May 30, 2008, motion for summary judgment. *See* Fed. R. Civ. P. 6(b). The court's September 5, 2008 order states the court will issue a further briefing schedule advising plaintiff as to when he must file an opposition to defendants' motion for summary judgment.

      Accordingly, plaintiff's September 10, 2008, request for extension of time is denied as moot.

      So ordered.

DATED: September 17, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE