IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

      Plaintiff,                    2:05-cv-0441-GEB-EFB-P

   vs.

EVERT, et al.,

      Defendants.          <u>ORDER</u>

      On June 24, 2009, plaintiff filed a request for reconsideration of the magistrate judge's order filed June 11, 2009, denying plaintiff's motions to compel and requests for appointment of counsel, and ordering that plaintiff's discovery requests be stricken. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

///

///

///

///

1   Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of
2   the magistrate judge filed June 11, 2009, is affirmed.

3   Dated: August 24, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge