IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE McNEAL,

      Plaintiff,                      No. 2:05-cv-0441 GEB EFB P

      vs.

EVERT, et al.,

      Defendants.            <u>ORDER</u>

_____/

      Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On January 18, 2013, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion for summary judgment be granted in part and denied in part. Dckt. No. 145. The findings and recommendations provided the parties 14 days to file objections thereto. <u>Id</u>. No objections having been filed, the court adopted the magistrate's recommendations on February 21, 2013. Dckt. No. 146. Four days later, plaintiff filed a motion for an extension of time to file his objections. Dckt. No. 147. Because the court had already adopted the recommendations, the magistrate judge denied the motion for more time as moot. Dckt. No. 148. Plaintiff now seeks reconsideration of the magistrate judge's denial of his motion for an extension of time. Dckt. No. 150.

////

Plaintiff declares that, because he was out to court, he did not receive the findings and recommendations until February 20, 2013.  Id. at 2.  Because plaintiff has shown that he could not have timely objected to the findings and recommendations despite his diligence, the court will vacate the order dated February 21, 2013.  Plaintiff shall have 14 days from the date of this order to file objections to the January 18, 2013 findings and recommendations.

So ordered.

Dated:  April 5, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge