UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

       Plaintiff,                  No.  2:05-cv-441-GEB-EFB P

vs.

EVERT, et al.,

       Defendants.        **AMENDED ORDER & WRIT OF HABEAS**
                                /              **CORPUS AD TESTIFICANDUM**

       Vernon Wayne McNeal, inmate P-34419, a necessary and material witness in proceedings in this case on April 29, 2015, is confined in Calipatria State Prison, in Calipatria, California, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by video-conferencing at <u>Calipatria State Prison</u>, April 29, 2015, at 10:00 am.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

       3.  The Clerk is directed to fax a courtesy copy of this writ to (760) 348-6064, attn: Chris, Visiting Department.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To:  Warden, Calipatria State Prison, P.O. Box 5001, Calipatria, CA  92233-5001:**

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  April 13, 2015.

                                             */s/ Edmund F. Brennan*
                                             EDMUND F. BRENNAN
                                             UNITED STATES MAGISTRATE JUDGE