UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE MCNEAL,

        Plaintiff,                      No. 2:05-cv-0441-GEB-EFB P

vs.

EVERT, et al.,

        Defendants.            **AMENDED ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Vernon Wayne McNeal, inmate P-34419, a necessary and material witness in proceedings in this case on April 29, 2015, is confined in Calipatria State Prison, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by telephonic-conferencing at Calipatria State Prison, April 29, 2015, at 10:00 a.m. The order and writ issued on April 14, 2015, is vacated.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by telephonic-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

3. The Clerk is directed to fax a courtesy copy of this writ to (760) 348-6064, attn: Chris, Visiting Department.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Calipatria State Prison, P.O. Box 5001, Calipatria, CA 92233-5001:**

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by telephonic-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: April 22, 2015.

                              EDMUND F. BRENNAN
                              UNITED STATES MAGISTRATE JUDGE

/kly
mcne0441.841amended