UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| McNEAL,<br><br>        Plaintiff,<br><br>   v.<br><br>EVERT, et al.,<br><br>        Defendants. | No. 2:05-cv-0441 GEB EFB P<br><br>ORDER |

    Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed a motion asking the court to reconsider the magistrate judge's denial of his motion for appointment of counsel (ECF Nos. 191, 201). ECF No. 207.

    Local Rule 303 provides for reconsideration of a magistrate judge's ruling by a district judge. E.D. Cal. L.R. 303(c). Under Rule 303(f), the district judge may reverse a ruling of a magistrate judge only if the ruling is "clearly erroneous or contrary to law." The court finds that the magistrate judge's denial of plaintiff's motion for appointment of counsel was not clearly erroneous or contrary to law. The motion for reconsideration (ECF No. 207) is accordingly DENIED.

Dated: June 3, 2015

                                                GARLAND E. BURRELL, JR.
                                                Senior United States District Judge