UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE McNEAL,<br><br>        Plaintiff,<br><br>  v.<br><br>LOCKIE, ERVIN, CHATHAM, and VAN LEER,<br><br>        Defendants. | No. 2:05-cv-00441-GEB-EFB<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO MODIFY THE SECOND SUPPLEMENT TO PRETRIAL ORDER** |

      On June 18, 2015, Defendants filed an "Objection to the Court's Second Supplement to Pretrial Order," in which they request the order "be modified" to state "that the remaining claims asserted against the Defendants at trial are as follows: 1) Excessive force in violation of the Eighth Amendment (against Defendants Leckie and Ervin); [and] 2) Failure to intervene to prevent the use of excessive force (against Defendants Chatham and Van Leer)." (Defs.' Obj. 2:13-19, ECF No. 221.) In essence, Defendants seek the removal of Defendant Chatham from the first claim, i.e., excessive force in violation of the Eighth Amendment, arguing the Magistrate Judge's January 18, 2013 findings and recommendations on certain Defendants' summary judgment motion adjudicated that claim in Defendant Chatham's favor. (Id. at 1:27-2:12.)

1

Defendants neither address the legal standard that applies to their request to modify a final pretrial order, nor demonstrate that it has been met. See Galdamez v. Potter, 415 F.3d 1015, 1020 (9th Cir. 2005) ("[The moving party] ha[s] the burden of showing that an amendment to the pretrial order was necessary to prevent 'manifest injustice.'" (citing Fed. R. Civ. P. 16(e))). The Magistrate Judge's January 18, 2013 findings and recommendations, which were adopted in full by the undersigned judge on July 8, 2013, deny Defendants' summary judgment motion as to Defendant Chatham altogether; they do not adjudicate a particular claim alleged against Defendant Chatham in his favor. (See January 18, 2013 F.&R. 15:21-16:2, ECF No. 145; Order Adopting F.&R. 2:10-13, ECF No. 158.) Therefore, Defendant's request to modify the Second Supplement to Pretrial Order is DENIED.

Dated: July 7, 2015

GARLAND E. BURRELL, JR.
Senior United States District Judge

2