IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**VERNON WAYNE MCNEAL,**

Plaintiff,

v.

**EVERT, et al.,**

Defendants.

Case No. 2:05-cv-0441-GEB-EFB (PC)

[~~PROPOSED~~] **ORDER TO VACATE ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Judge:	The Honorable Edmund F. Brennan
Trial Date:	November 17, 2015
Action Filed:	May 9, 2005

The Order & Writ of Habeas Corpus Ad Testificandum for Plaintiff McNeal (V-41094) and his inmate witness Alfred Rollings (P-24726) issued on June 5, 2015 (ECF Nos. 214 and 215), are hereby vacated.  The July 28, 2015 trial in this matter has been rescheduled to commence on November 17, 2015.  A copy of this order will be immediately faxed to the Out-To-Court officer at Calipatria State Prison and CSP-Sacramento to prevent the transport of Plaintiff McNeal (V-41094) and his inmate witness Rollings (P-24726).

It is hereby ordered.

DATED: July 22, 2015	_____
	The Honorable Edmund F. Brennan

SA2006304056 / 32150495.doc

1