UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE McNEAL, | No.  2:05-cv-0441-GEB-EFB P |
| Plaintiff, | |
| v. | ORDER |
| EVERT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  He requests continuation of the November 17, 2015 trial date.  ECF No. 233.  In light of the district judge's August 21, 2015 minute order continuing the trial date to February 23, 2016, plaintiff's motion is denied as moot.

So ordered.

DATED:  November 17, 2015.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE