UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL, | No. 2:05-cv-0441-GEB-EFB P |
| Plaintiff, | |
| v. | |
| EVERT, et al., | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| Defendants. | |

Vernon McNeal, CDCR #V41094, a necessary and material witness in a trial in this case on February 23, 2016, is confined in Calipatria State Prison, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Judge Garland E. Burrell, Jr. at the U.S. District Court, Courtroom No. 10, 13th Floor, 501 I Street, Sacramento, California 95814, on Tuesday, February 23, 2016, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a trial at the time and place above, until completion of the trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk.

4. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the High Desert State Prison litigation coordinator via facsimile.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Calipatria State Prison, P.O. Box 5001, Calipatria, CA 92233-5001:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Burrell at the time and place above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: January 7, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE