UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE McNEAL, | No. 2:05-cv-00441 GEB EFB P |
| Plaintiff, | |
| v. | ORDER |
| EVERT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He has filed two requests. First, plaintiff asks for a typo-free copy of his deposition. ECF No. 237. Plaintiff makes no showing that the typographical errors in the transcript affect the integrity of the questions or answers therein. The request is denied.

Second, plaintiff asks the court to order defendants to provide him with a copy of a case cited as "Madrid v. Cate (U.S.D.C. N.D. Cal. C90-3094TEH)." ECF No. 241. According to plaintiff, the law librarian at his prison will not provide the case. The court has searched the Lexis legal database for the docket number and court cited by plaintiff. The database revealed seven orders issued in that case under the names *Madrid v. Gomez*, *Madrid v. Woodford*, and *Madrid v. Tilton*. It is not clear which of these orders plaintiff wishes to review. In deference to plaintiff's pro se and incarcerated status, the court provides the following citations to all seven orders so that plaintiff may submit a specific request to the law librarian:

1. *Madrid v. Gomez*, 889 F. Supp. 1146 (N.D. Cal. Jan. 11, 1995);
2. *Madrid v. Gomez*, 940 F. Supp. 247 (N.D. Cal. Aug. 23, 1996);
3. *Madrid v. Woodford*, No. C90-3094-T.E.H., 2004 U.S. Dist. LEXIS 11561 (N.D. Cal. June 24, 2004);
4. *Madrid v. Woodford*, No. C90-3094 TEH, 2004 U.S. Dist. LEXIS 23255 (N.D. Cal. Nov. 17, 2004);
5. *Madrid v. Tilton*, No. C90-3094 T.E.H., 2008 U.S. Dist. LEXIS 122930 (N.D. Cal. May 6, 2008);
6. *Madrid v. Tilton*, No. C90-3094 TEH, 2008 U.S. Dist. LEXIS 122879 (N.D. Cal. May 23, 2008);
7. *Madrid v. Tilton*, No. C90-3094 TEH, 2008 U.S. Dist. LEXIS 122878 (N.D. Cal. May 23, 2008).

Should plaintiff be unable to obtain the case he seeks by requesting these citations from the librarian, he may file another motion seeking its production. Plaintiff's request that defendants provide the case to him (ECF No. 241) is denied without prejudice.

So ordered.

Dated: January 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge