UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE McNEAL,<br><br>    Plaintiff,<br><br>    v.<br><br>EVERT, et al.,<br><br>    Defendants. | No. 2:05-cv-00441 GEB EFB P<br><br><br><br>ORDER |

Plaintiff filed objections to the February 24, 2015 Pretrial Order. (Pl.'s Objs., ECF No. 185.) The court has reviewed Plaintiff's objections and finds that Plaintiff has not shown that modification of that order is necessary. Plaintiff is advised that he will have the opportunity to present his version of the facts, question witnesses, and object to evidence at trial. While Plaintiff is a pro se inmate litigant, he must follow the Federal Rules of Civil Procedure. The court declines to allow discovery at this late date simply because Plaintiff did not obtain various items of evidence during the discovery period or seek further relief from the court after his initial motions to compel were denied.

The February 24, 2015 Pretrial Order is final, as supplemented by the May 22, 2015 Supplement to the Pretrial Order, (ECF No. 206), and the Second Supplement to the Pretrial Order, (ECF No. 210).

So ordered.

Dated: January 11, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1