# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL,<br>　　　　　Plaintiff, | No. 2:05-cv-0441-GEB-EFB P |
| v. | |
| EVERT, et al.,<br>　　　　　Defendants. | **ORDER & AMENDED WRIT OF HABEAS CORPUS AD TESTIFICANDUM** |

Vernon Wayne McNeal, CDCR #P34419, a necessary and material witness in a trial in this case on February 23, 2016, is confined in Centinela State Prison[1], in the custody of the Warden.  In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Judge Garland E. Burrell, Jr. at the U.S. District Court, Courtroom No. 10, 13th Floor, 501 I Street, Sacramento, California 95814, on Tuesday, February 23, 2016, at 9:00 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a trial at the time and place above, until completion of the trial or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, Centinela State Prison, P.O. Box 731, Imperial, CA 92251-0731:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Burrell at the time and place above, until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  February 3, 2016

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The court was notified on January 28, 2016 that plaintiff had been moved to the institution referenced above.