UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE McNEAL,<br><br>       Plaintiff,<br><br>  v.<br><br>F. LECKIE; A. ERVIN; ROY CHATHAM, substituted party for C. CHATHAM, deceased; and D. VAN LEER;<br><br>       Defendants.* | No. 2:05-cv-00441-GEB-EFB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR CONTINUANCE** |

On February 8, 2016, Plaintiff filed a motion in which he requests a continuance of the February 23, 2016 trial date. (Pl.'s Mot. Req. Continuance, ECF No 254.) Plaintiff filed a declaration in support of his motion, in which he avers in relevant part:

> On February 2, 2016[, I] was transfer[ed] to Centi[nela] State Prison.
>
> . . . .
>
> [I am] not prepare[d] to go to trial on February 23, 2016[.] Plaintiff still ha[s] to exchange exhibits with defendants . . . .
>
> . . . .
>
> Plaintiff is still having double vision, headache[s,] and blurr[iness] all the time.

---

* The caption has been amended to reflect the correct spelling of Defendant Leckie's last name and according to the substitution of Roy Chatham for Defendant C. Chatham, deceased. (See Order, Jan. 12, 2016, ECF No. 242.)

1

> Doctors here are trying to fix the problem with eyeglasses but it's not working. Reading and writing for long period[s] of time make[] the double vision worse and I cannot focus and concentrate on what I am doing. . . .
>
> [I] also have to get establish[ed] here at this prison and start receiving law library.

(Pl.'s Decl. ¶¶ 4, 6, 8, ECF No. 254 (paragraph numbers omitted).)

In light of Plaintiff's referenced averments, Plaintiff's continuance motion is granted. See United States v. Pope, 841 F.2d 954, 956 (9th Cir. 1988) (listing prejudice to the movant as a factor to be considered in deciding whether to grant a continuance); accord Reynolds v. Gerstel, 624 F. App'x 552, 523 (9th Cir. 2015) (applying the same factors in a civil case). Trial is rescheduled to commence at 9:00 a.m. on February 28, 2017.

Further, the January 7, 2016 writ of habeas corpus issued for Alfred Rollings, CDCR# P24726, (ECF No. 240), and the February 3, 2016 amended writ of habeas corpus issued for Vernon Wayne McNeal, CDCR# P34419, (ECF No. 250), are VACATED.

Dated: February 9, 2016

GARLAND E. BURRELL, JR.
Senior United States District Judge