UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL,<br><br>                Plaintiff,<br><br>     v.<br><br>F. LECKIE; A ERVIN; R. CHATHAM, substituted party for C. CHATHAN, deceased; and, D. VAN LEER,<br><br>                Defendant. | No. 2:05-cv-00441-GEB-EFB<br><br>**ORDER DENYING PLAINTIFF'S MOTION FILED ON NOVEMBER 28, 2016** |

On November 28, 2016, Plaintiff filed a motion in which he is "requesting from Courts to bring hygiene and hair trimmer to Feb 2017 trial." Motion at page 1, ECF 276.  The motion is denied.

Dated:  November 30, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1