IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VERNON WAYNE MCNEAL,** | Case No. 2:05-cv-0441-GEB-EFB (PC) |
| Plaintiff, | **ORDER** |
| **v.** | |
| **EVERT, et al.,** | |
| Defendants. | |

On November 1, 2017, Defendants filed a request for a two-day extension of time to submit their confidential settlement conference statement.

FOR GOOD CAUSE SHOWN, Defendants are granted an extension of time, up to and including November 3, 2017, in which to submit their confidential settlement conference statement.

IT IS SO ORDERED.

Dated:   **November 2, 2017**

UNITED STATES MAGISTRATE JUDGE

1