# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON WAYNE MCNEAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EVERT, et al.,<br><br>　　　　Defendants. | Case No. 2:05-cv-00441-GEB-EFB P<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO PLAINTIFF, VERNON WAYNE MCNEAL, CDCR # P-34419 |

Plaintiff Vernon Wayne McNeal is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on November 8, 2017, inmate Vernon Wayne McNeal CDCR Inmate No. P-34419, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: __November 8, 2017__

　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1