1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VERNON WAYNE McNEAL,

          Plaintiff,

   v.

EVERT, et al.,

          Defendants.

No.  2:05-cv-0441-GEB-EFB P

ORDER

Plaintiff, a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983, has filed a motion asking this court to compel prison officials to return certain legal material to him.  ECF No. 313.

Plaintiff's motion is dated November 5, 2017.  It appears that, when plaintiff was temporarily transferred from Centinela State Prison to CSP-Corcoran for the November 8, 2017 settlement conference in this case (see ECF No. 311), prison staff may have failed to transport his case-related legal materials.  It is not clear whether the materials were left in plaintiff's cell at Centinela or removed.  It is possible that plaintiff has been returned to Centinela and reunited with his legal materials.  (*See* ECF No. 312, Order Discharging Writ of Habeas Corpus Ad Testificandum as to Plaintiff.).  Accordingly, the motion is denied without prejudice.  If plaintiff has been returned to Centinela but still cannot locate his legal materials, he may again file a motion seeking the court's assistance.

1    Accordingly, it is hereby ORDERED that plaintiff's November 13, 2017 motion regarding

2  his legal materials (ECF No. 313) is DENIED.

3         So ordered.

4  DATED:  December 12, 2017.

   _____
   EDMUND F. BRENNAN
5                                    UNITED STATES MAGISTRATE JUDGE